UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WENDELL STACY ELAM, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-4179 BZ |
| | ) | |
| v. | ) | **ORDER CONTINUING HEARING ON** |
| | ) | **DEFENDANTS' MOTIONS FOR** |
| KAISER FOUNDATION HEALTH | ) | **SUMMARY JUDGMENT** |
| PLAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

Plaintiff has failed to file an opposition to defendants'
motions for summary judgment presently scheduled to be heard
September 6, 2006.  Plaintiff is advised that "[t]he
defendants have made a motion for summary judgment by which
they seek to have your case dismissed.  A motion for summary
judgment under Rule 56 of the Federal Rules of Civil Procedure
will, if granted, end your case.  Rule 56 tells you what you
must do in order to oppose a motion for summary judgment.
Generally, summary judgment must be granted when there is no
genuine issue of material fact--that is, if there is no real
dispute about any fact that would affect the result of your
case, the party who asked for summary judgment is entitled to
judgment as a matter of law, which will end your case.  When a

party you are suing makes a motion for summary judgment that
is properly supported by declarations (or other sworn
testimony), you cannot simply rely on what your complaint
says.  Instead, you must set out specific facts in
declarations, depositions, answers to interrogatories, or
authenticated documents, as provided in Rule 56(e), that
contradict the facts shown in the defendant's declarations and
documents and show that there is a genuine issue of material
fact for trial.  If you do not submit your own evidence in
opposition, summary judgment, if appropriate, may be entered
against you.  If summary judgment is granted, your case will
be dismissed and there will be no trial." Rand v. Rowland,
154 F.3d 952, 963 (9th Cir. 1998).

     **IT IS THEREFORE ORDERED** that defendants' motions for
summary judgment scheduled for September 6, 2006, are
**CONTINUED** to **September 20, 2006 at 10:00 a.m.,** in Courtroom G,
15th Floor, Federal Building, 450 Golden Gate Avenue, San
Francisco, California 94102.  Plaintiff shall file an
opposition by **August 30, 2006**.  Defendants' replies are due no
later than **September 6, 2006.**

     If plaintiff continues to proceed without an attorney, he
may wish to consult a manual the Court has adopted to assist
*pro se* litigants in presenting their case.  This manual is
available in the Clerk's Office and online at
**http://www.cand.uscourts.gov.**

Dated:  August 18, 2006

_____
               Bernard Zimmerman
          United States Magistrate Judge